# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jermaine Remerius Pugh            Docket No. 5:01-CR-252-1BO

### Petition for Action on Supervised Release

COMES NOW Matthew Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jermaine Remerius Pugh, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. § 922 (g)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 20, 2002, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court. Jermaine Remerius Pugh was released from custody on February 3, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 6, 2012, Mr. Pugh submitted a urine sample that was positive for the use of marijuana. He signed an admission form acknowledging marijuana use on February 3, 2012, shortly after his release from the Bureau of Prisons. He has requested the opportunity to participate in substance abuse counseling. It is recommended to continue supervision at this time with a modification of the conditions of release to add the drug aftercare condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,           I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt           /s/ Matthew Smith
Senior U.S. Probation Officer           U.S. Probation Officer
          310 Dick Street
          Fayetteville, NC 28301-5730
          Phone: (910) 483-8613
          Executed On: February 6, 2012

### ORDER OF COURT

Considered and ordered this __7__ day of __February__, 2012, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge